UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CHAMBERS
U.S.D.C. Rome

JUL 19 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

JOSE HERNANDEZ,

          Movant,

v.

UNITED STATES OF AMERICA,

          Respondent.

CIVIL ACTION NO.
4:10-CV-148-RLV

CRIMINAL ACTION NO.
4:07-CR-20-RLV-4

O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this _19th_ day of July, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge