IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JOSE HERNANDEZ, | :: | MOTION TO VACATE |
| Movant pro se, | :: | 28 U.S.C. § 2255 |
| | :: | |
| v. | :: | CRIMINAL ACTION NO. |
| | :: | 4:07-CR-20-RLV-WEJ-4 |
| | :: | |
| UNITED STATES OF AMERICA, | :: | CIVIL ACTION NO. |
| Respondent. | :: | 4:13-CV-133-RLV-WEJ |

**FINAL REPORT AND RECOMMENDATION**

Movant is confined at the federal prison in Sandstone, Minnesota. Movant, pro se, has filed a motion under 28 U.S.C. § 2255 to vacate his sentence imposed in this case and resentence him. (Mot. [427].)[1] This is movant's second § 2255 motion. The Court denied [380] movant's first § 2255 motion on July 19, 2011.

The Court lacks jurisdiction over the current motion unless movant obtained permission from the U.S. Court of Appeals for the Eleventh Circuit to file it. See 28 U.S.C. § 2255(h) ("A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . . ."); see also 28 U.S.C. § 2244(b)(3); Burton v. Stewart, 549 U.S. 147, 152 (2007) ("[B]ecause the 2002

---

[1] All citations to the record in this Final Report and Recommendation refer to criminal action number 4:07-cr-20-RLV-WEJ.

petition is a 'second or successive' petition . . . the District Court never had jurisdiction to consider it in the first place."). There is no indication in the record that movant has obtained permission from the Eleventh Circuit to file another § 2255 motion or even applied for such permission. Movant does not contend that he has obtained such permission. (Mot. [427].)

Accordingly, the undersigned **RECOMMENDS** that movant's second motion to vacate sentence [427] be **DISMISSED** as a successive § 2255 motion over which the Court lacks jurisdiction and that civil action 4:13-cv-133-RLV-WEJ be **DISMISSED**. The undersigned **FURTHER RECOMMENDS** that a certificate of appealability be **DENIED** because it is not reasonably debatable that the Court lacks jurisdiction to entertain movant's second § 2255 motion. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO RECOMMENDED,** this 31st day of May, 2013.

*[signature: Walter E. Johnson]*

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)