FILED IN CHAMBERS
U.S.D.C. - Rome
JUN 2 4 2013
JAMES N. HATTEN, Clerk
            Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JOSE HERNANDEZ, | |
| Movant, | CRIMINAL ACTION |
| v. | NO. 4:07-CR-20-4-RLV |
| UNITED STATES OF AMERICA, | CIVIL ACTION |
| | NO. 4:13-CV-133-RLV |
| Respondent. | |

O R D E R

This matter is before the court on the movant's second or successive motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. Although the movant argues that he may proceed in the district court under § 2255(f)(4) because he presents previously undiscoverable facts or newly discovered evidence supporting his claim, the movant's argument fails because the information that provides the basis for the movant's current motion was available to him and his attorney as of the date of the movant's first § 2255 motion. Therefore, this court lacks jurisdiction over the current motion unless the movant obtains permission from the U.S. Court of Appeals for the Eleventh Circuit to file it.

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this **24TH** day of June, 2013.

_____
ROBERT L. VINING, JR.
Senior United States District Judge